```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                    JACKSONVILLE DIVISION
```

VINCENT MARGIOTTI,

               Plaintiff,

v.                            Case No. 3:05-cv-350-J-99MCR

OFFICER E. BAXLEY,

               Defendant.

_____

## ORDER

1.   This appeal is not taken in good faith under Rule 24(a) of the Federal Rules of Appellate Procedure. Additionally, Plaintiff is not entitled to appeal as a pauper because he has filed numerous actions that have been dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. See 28 U.S.C. § 1915(g). Pursuant to 28 U.S.C. § 1915(g), Plaintiff must pay the $255.00 appellate filing and docketing fees "immediately and in full rather than on an installment plan." Medberry v. Butler, 185 F.3d 1189, 1193 n.2 (11th Cir. 1999).

2.   Plaintiff's Motion for Clarification (Doc. #6) is **DENIED**. However, the Clerk of Court shall send Plaintiff a copy of the Order of Dismissal Without Prejudice (Doc. #12) in Margiotti v. Wenk, et al., Case No. 3:04-cv-226-J-25TEM, filed April 6, 2004.

3.    Plaintiff's "Request for Certificate of Appealability" (Doc. #7) is **DENIED.**

4.    The Clerk of Court shall terminate Plaintiff's motions to proceed *in forma pauperis* on appeal (Docs. #9, 11).

**DONE AND ORDERED** at Jacksonville, Florida, this 28th day of June, 2005.

JOHN H. MOORE II
United States District Judge

sc 6/23
c:
Vincent Margiotti
USCA